UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. STANLEY R. CHESLER |
| v. | : | DOCKET. NO. 21-859 |
| RAHEEM JOHNSON | : | ORDER SETTING CONDITIONS OF RELEASE |

This matter having come before the Court on the application of defendant, Raheem Johnson, through his counsel, Saverio A. Viggiano, Esq., Assistant Federal Public Defender, and the United States, Samantha Fasanello, Assistant United States Attorney, having no objection, for an Order Setting Conditions of Release, and for good cause shown,

IT IS ON THIS _17th_ day of _NOVEMBER, 2021,

ORDERED that Mr. Johnson be released pursuant to the following Conditions of Release:

1. $100,000 Unsecured Appearance Bond.

2. Pretrial Services Supervision.

3. Curfew with electronic monitoring: the defendant shall be subject to a curfew, in accordance with which the defendant shall be restricted to his residence as directed by Pretrial Services.

4. For the purpose of Location Monitoring, the defendant shall install a land line telephone in his/her residence within 10 days of release, unless waived by Pretrial Services. The defendant shall pay all or part of the cost of the monitoring, based on

ability to pay as determined by Pretrial Services.

5. Maintain current residence or a residence approved by Pretrial Services.

6. Surrender all passports/travel documents. Do not apply for new travel documents.

7. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.

8. Substance abuse testing and/or treatment as directed by Pretrial Services.

9. Mental Health testing and/or treatment as directed by Pretrial Services.

10. No contact with victims or witnesses.

11. Surrender/do not possess any firearms. All firearms in any home in which the defendant resides shall be removed, in compliance with New Jersey state law, within 24 hours and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.

12. The defendant shall remain detained pending the installation of an electronic monitoring device by Pretrial Services.

13. Due to the COVID-19 pandemic, the defendant has not yet been processed by the United States Marshals Service (USMS) for the instant arrest. Therefore, the defendant shall report to the United States Marshal Services in Newark, New Jersey for processing at a date to be determined.

s/Stanley R. Chesler, U. S. D. J.
_____
HONORABLE STANLEY R. CHESLER United States District Judge

_____
Samantha C. Fasanello, Assistant U.S. Attorney

_____
Saverio A. Viggiano, Assistant Federal Public Defender